City of Chicago, appellee, v. Scott Peterson Corporation, appellant. Gen. No. 39,838.

Opinion filed May 11, 1938.
Thomas H. Riley, for appellant. Barnet Hodes, Corporation Counsel, for appellee; David Lefkovits and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Victoria Ellinger, by John Ellinger her father and next friend, appellee, v. Astrid M. Paulson, appellant, and Edward A. Holstein, defendant. Gen. No. 39,860.

Opinion filed May 11, 1938.
Rehearing denied May 26, 1938.
Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel. Owens & Owens, for appellee; Thomas L. Owens and Vincent G. Rinn, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Benjamin G. Kilpatrick, appellee, v. Joseph Schmitt et al., defendants. Appeal of Florence M. Woolley and William P. Doerr, appellants. Gen. No. 39,907.

Opinion filed May 11, 1938.
Ela, Grover & March, for appellants. Kirkland, Fleming, Green, Martin & Ellis, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.